EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
ROCHELLE C. EAST
Senior Assistant Attorney General
JONATHAN L. WOLFF
Supervising Deputy Attorney General
ERIN SULLIVAN, State Bar No. 242757
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5716
  Fax: (415) 703-5843
  Email: Erin.Sullivan@doj.ca.gov

Attorneys for Defendants G. Stewart, K. Brandon, and R. Horel

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PAUL JONES,**<br><br>                      Plaintiff,<br><br>  v.<br><br>**HOREL, et al.,**<br><br>                      Defendants. | Case No. _____<br><br>(Del Norte Superior Court Case No. CVUJ 06-1359)<br><br>**DEMAND FOR JURY TRIAL** |

    Defendants R. Horel, G. Stewart, and K. Brandon demand a jury trial in this case. Fed. R. Civ. P. 38(b).

    Dated: August 26, 2008

                                  Respectfully submitted,

                                  EDMUND G. BROWN JR.
                                  Attorney General of the State of California

                                  */s/ Erin Sullivan*

                                  ERIN SULLIVAN
                                  Deputy Attorney General
                                  Attorneys for Defendants G. Stewart, K. Brandon, and R. Horel

20131389.wpd
SF2008200411

Defs.' Demand for Jury Trial                              *P. Jones v. Horel, et al.*
                                                                               Case No. _____

1

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **P. Jones v. Horel, et al.**

No.:
       (Del Norte Superior Court Case No. CVUJ 06-1359)

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **August 26, 2008**, I served the attached

### DEMAND FOR JURY TRIAL

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**Paul Jones, B-26077**
**Pelican Bay State Prison**
**P.O. Box 7000**
**Crescent City, CA 95531-7000**
Pro Per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **August 26, 2008**, at San Francisco, California.

       J. Palomino
       Declarant                              */s/ J. Palomino*
                                                         Signature

20135989.wpd